IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-rj-00008-NONE-MJW

TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL
   PENSION FUND and
TRUSTEES OF THE INTERNATIONAL TRAINING FUND,

Plaintiffs and Judgment Creditors,

v.

MARTINEZ MECHANICAL, INC.,

Defendant and Judgment Debtor,

v.

VECTRA BANK COLORADO,

Garnishee.

## ORDER

It is hereby ORDERED that the court's October 3, 2013 Minute Order (Docket No. 21) is VACATED.

It is FURTHER ORDERED that Plaintiffs' Motion for Order Directing Disbursement of Judgment Debtor's Funds Held by the Court Registry (Docket No. 19) is GRANTED.

It is further ORDERED that the Clerk of Court shall make payment to the Trustees of the Plumbers and Pipefitters National Pension Fund and Trustees of the International Training Fund in the sum of $24,854.12 plus interest accrued, less the registry fee.  Payment is to be sent to the following address:

Trustees of the Plumbers and Pipefitters National Pension Fund, et al.
c/o Michael J. Belo, Esq.
Berenbaum Weinshienk PC
370 17th Street, Suite 4800
Denver, CO 80202-5698

Date: October 15, 2013   s/ Michael J. Watanabe
   Denver, Colorado   Michael J. Watanabe
            United States Magistrate Judge